In the Matter of the Accounting of GUISIPPINA PARAS-
CANDOLA, as Administratrix with the Will Annexed of
the Estate of JOSEPH AUDITORE, Deceased, Respondent.
NATIONAL SURETY COMPANY, Appellant.

(Submitted September 29, 1931; decided October 13, 1931.)

*James F. Donnelly* and *Mark Eisner* for appellant.
*Edward H. Wilson* and *John J. Kean* for respondent.
Appeal dismissed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.